IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DARRELL J. HARPER, #1957729 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv123 |
| STATE OF TEXAS COMMISSION ON JAIL STANDARDS, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Darrell J. Harper, an inmate confined at the Larry Gist Unit of the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be dismissed in light of sanctions previously imposed against him. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #3) is **ADOPTED**. It is further

**ORDERED** that the civil rights complaint is **DISMISSED** without prejudice as barred by the sanctions imposed by the United States Court of Appeals for the Fifth Circuit. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 13th day of March, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE